| | |
|---|---|
| 1 | HOLLY A. HOUSE (SB# 136045) hollyhouse@paulhastings.com |
| 2 | KEVIN C. MCCANN (SB# 120874) kevinmccann@paulhastings.com<br>SEAN D. UNGER (SB# 231694) seanunger@paulhastings.com |
| 3 | PAUL HASTINGS LLP<br>55 Second Street |
| 4 | Twenty-Fourth Floor<br>San Francisco, CA 94105-3441 |
| 5 | Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |
| 6 | LEE F. BERGER (SB# 222756) leeberger@paulhastings.com |
| 7 | PAUL HASTINGS LLP<br>875 15th Street, N.W. |
| 8 | Washington, DC 20005<br>Telephone: (202) 551-1772 |
| 9 | Facsimile: (202) 551-0172 |
| 10 | Attorneys for Defendants<br>LG Display Co., Ltd. and LG Display America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. 3:11-cv-06686 SI<br><br>Case No. M 07-md-01827 SI<br><br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:11-cv-6686 SI:<br><br>STATE OF OKLAHOMA,<br><br>Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING AND RESPONSE TO STATE OF OKLAHOMA SECOND AMENDED COMPLAINT**<br><br>Judge: Honorable Susan Y. Illston |

1   WHEREAS, LG Display Co., Ltd. and LG Display America, Inc. (collectively, "LG
2   Display"), other Defendants in the above-captioned matter, and plaintiff State of Oklahoma
3   ("Oklahoma") previously entered into a stipulation on September 26, 2012 providing that
4   Defendants shall move to dismiss, answer, or otherwise respond to Oklahoma's Second Amended
5   Complaint within forty-five (45) days of the filing of that complaint;

6   WHEREAS, Oklahoma filed a Second Amended Complaint in the above-captioned matter
7   on October 25, 2012;

8   WHEREAS under the September 26 stipulation LG Display's deadline to respond to the
9   Second Amended Complaint was therefore set for December 10, 2012;

10   WHEREAS LG Display and the State of Oklahoma have reached a tentative agreement-
11   in-principle resolving this action;

12   WHEREAS Oklahoma and LG Display agree that LG Display need not respond to the
13   Second Amended Complaint while the parties document the terms of their tentative agreement-in-
14   principle and have reached an agreement whereby LG Display shall have an additional extension
15   of ninety (90) days;

16   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
17   undersigned counsel, on behalf of their respective clients, Oklahoma, on the one hand, and LG
18   Display, on the other hand, that LG Display's deadline to move to dismiss, answer, or otherwise
19   respond to the Second Amended Complaint will be March 11, 2013.

DATED:  December 6, 2012

HOLLY A. HOUSE
KEVIN C. MCCANN
LEE F. BERGER
PAUL HASTINGS LLP


By:       /s/ Lee F. Berger
                Lee F. Berger

Attorneys for Defendant LG Display Co., Ltd. and LG Display America, Inc.

MCCALLUM, METHVIN & TERRELL, P.C.
PHILIP W. MCCALLUM   (pro hac vice)

|   |   |
|---|---|
| 1 | ROBERT G. METHVIN, JR. (pro hac vice) |
| 2 | JAMES M. TERRELL (pro hac vice)<br>NICHOLAS W. ARMSTRONG (CA Bar No. 270963) |
| 3 | 2201 Arlington Avenue South<br>Birmingham, AL 35205 |
| 4 | Telephone: (205) 939-0199<br>Facsimile: (205) 030-0399 |

By: _____/s/ James M. Terrell_____
       James M. Terrell

Attorneys for Plaintiff State of Oklahoma

<u>ATTESTATION</u>: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: __December 6__, 2012.

                                                  Honorable Susan Illston
                                                U.S. District Court Judge