1   HOLLY A. HOUSE (SB# 136045) hollyhouse@paulhastings.com
    KEVIN C. MCCANN (SB# 120874) kevinmccann@paulhastings.com
2   SEAN D. UNGER (SB# 231694) seanunger@paulhastings.com
    PAUL HASTINGS LLP
3   55 Second Street
    Twenty-Fourth Floor
4   San Francisco, CA 94105-3441
    Telephone:  (415) 856-7000
5   Facsimile:  (415) 856-7100

6   LEE F. BERGER (SB# 222756) leeberger@paulhastings.com
    PAUL HASTINGS LLP
7   875 15th Street, N.W.
    Washington, DC 20005
8   Telephone:  (202) 551-1772
    Facsimile:  (202) 551-0172
9
    Attorneys for Defendants
10  LG Display Co., Ltd. and LG Display America, Inc.

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  IN RE:  TFT-LCD (FLAT PANEL)          CASE NO. 3:11-cv-06686 SI
    ANTITRUST LITIGATION
17                                        Case No. M 07-md-01827 SI

18                                        MDL No. 1827

19                                        STIPULATION AND [~~PROPOSED~~]
    This Document Relates to Individual Case   ORDER REGARDING FILING AND
20  No. 3:11-cv-6686 SI:                  RESPONSE TO STATE OF OKLAHOMA
                                          SECOND AMENDED COMPLAINT
21  STATE OF OKLAHOMA,

22              Plaintiff,                Judge:   Honorable Susan Y. Illston

23       vs.

24  AU OPTRONICS CORPORATION, et al.,

25              Defendants.

26

27

28

1    WHEREAS, LG Display Co., Ltd. and LG Display America, Inc. (collectively, "LG

2    Display"), other Defendants in the above-captioned matter, and plaintiff State of Oklahoma

3    ("Oklahoma") previously entered into a stipulation on September 26, 2012 providing that

4    Defendants shall move to dismiss, answer, or otherwise respond to Oklahoma's Second Amended

5    Complaint within forty-five (45) days of the filing of that complaint;

6    WHEREAS, Oklahoma filed a Second Amended Complaint in the above-captioned matter

7    on October 25, 2012;

8    WHEREAS under the September 26 stipulation LG Display's deadline to respond to the

9    Second Amended Complaint was therefore set for December 10, 2012;

10    WHEREAS LG Display and the State of Oklahoma have reached a tentative agreement-

11    in-principle resolving this action;

12    WHEREAS Oklahoma and LG Display agree that LG Display need not respond to the

13    Second Amended Complaint while the parties document the terms of their tentative agreement-in-

14    principle and have reached an agreement whereby LG Display shall have an additional extension

15    of ninety (90) days;

16    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

17    undersigned counsel, on behalf of their respective clients, Oklahoma, on the one hand, and LG

18    Display, on the other hand, that LG Display's deadline to move to dismiss, answer, or otherwise

19    respond to the Second Amended Complaint will be March 11, 2013.

20

21    DATED:  December 6, 2012                HOLLY A. HOUSE
                                             KEVIN C. MCCANN
22                                           LEE F. BERGER
                                             PAUL HASTINGS LLP

23

24                                           By:_____/s/ Lee F. Berger_____
                                                         Lee F. Berger
25
                                             Attorneys for Defendant LG Display Co., Ltd. and LG
26                                           Display America, Inc.

27                                           MCCALLUM, METHVIN & TERRELL, P.C.
                                             PHILIP W. MCCALLUM  (pro hac vice)
28

1            ROBERT G. METHVIN, JR. (pro hac vice)
                JAMES M. TERRELL (pro hac vice)
2            NICHOLAS W. ARMSTRONG (CA Bar No. 270963)
                2201 Arlington Avenue South
3            Birmingham, AL 35205
                Telephone:  (205) 939-0199
4            Facsimile:  (205) 030-0399

5            By: _____ /s/ James M. Terrell _____
                     James M. Terrell

6

7            Attorneys for Plaintiff State of Oklahoma

8

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence

9

in the filing of this document has been obtained from the signatories thereto.

10

11                     ~~[PROPOSED]~~ ORDER

12

        IT IS SO ORDERED.

13

14

Dated: _____December 6_____, 2012.

15

16                                   Honorable Susan Illston

17                                   U.S. District Court Judge

18

19

20

21

22

23

24

25

26

27

28